**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7722**

———————

MARC S. CASON, SR.,

                                        Plaintiff - Appellant,

        versus

THOMAS MCINTYRE, Sergeant; H. B. MURPHY,
Assistant Warden; MARK RALEY, Officer; OFFICER
BRACHEMAN; DAVID LANCASTER, Officer; DOUGLAS
FRAZEE, Officer; R. RALEY, Officer; STANLEY
RALEY, Officer,

                                        Defendants - Appellees,

        and

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; P.H.S. MEDICAL SERVICE; MARYLAND
DIVISION OF PAROLE AND PROBATION,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
03-1139-1-CCB)

———————

Submitted: January 15, 2004          Decided: January 28, 2004

———————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

_____

Marc S. Cason, Sr., Appellant Pro Se.  David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marc S. Cason, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cason v. McIntyre, No. CA-03-1139-1-CCB (D. Md. Oct. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED